AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

David Frank,  )
*Plaintiff*  )
v.  )   Case No.   2:10-cv-05211-DRH-ARL
Trilegiant Corporation, Inc., et al.  )
*Defendant*  )

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Trilegiant Corporation, Inc. and Affinion Inc.                                                 .

Date:   01/21/2011                         s/ Corey Worcester
                                                        *Attorney's signature*

                                            Corey Worcester Bar No. RW-6314
                                                    *Printed name and bar number*

                                                        Howrey LLP
                                            601 Lexington Avenue, 54th Floor
                                                New York New York 10022-4629

                                                           *Address*

                                                WorcesterC@howrey.com
                                                        *E-mail address*

                                                      (212) 896-6587
                                                     *Telephone number*

                                                      (212) 896-6501
                                                        *FAX number*