UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- x
:
David Frank, on behalf of themselves and all others :
similarly situated,
                Plaintiff,
:
- against -
:
Trilegiant Corporation, Inc., Affinion, Inc., 1-800- :
Flowers.com, Inc., and Chase Bank USA, N.A.,
:
                Defendants.
:
------------------------------------- x

10-cv-05211 (DRH) (ARL)

**NOTICE OF MOTION TO ADMIT ROBERT D. WICK *PRO HAC VICE***

ECF CASE

      PLEASE TAKE NOTICE that, upon the annexed declarations of Andrew A. Ruffino, dated February 7, 2011; and Robert D. Wick, dated February 2, 2011, and all prior pleadings and proceedings herein, defendant Chase Bank USA, N.A. will move this Court, before the Honorable Denis R. Hurley, United States District Judge, at the United States Courthouse, 100 Federal Plaza, Central Islip, New York, 11722, as soon as counsel may be heard for an Order pursuant to Local Civil Rule 1.3(c) of this Court admitting Robert D. Wick *pro hac vice* in connection with the above-captioned action, and for such other and further relief as the Court may deem just and proper.

- 2 -

| | |
|---|---|
| Dated: New York, New York<br>February 7, 2011 | COVINGTON & BURLING LLP<br><br>By: _____<br>Andrew A. Ruffino<br>Covington & Burling LLP<br>THE NEW YORK TIMES BUILDING<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>(212) 841-1000<br>aruffino@cov.com<br><br>*Attorneys for Defendant Chase Bank USA, N.A.* |