UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- x
:
David Frank, on behalf of themselves and all others :
similarly situated,                               :   10-cv-05211 (DRH) (ARL)
                Plaintiff,       :
:   **DECLARATION OF**
     - against -                                   :   **ANDREW A. RUFFINO**
:   **IN SUPPORT OF**
Trilegiant Corporation, Inc., Affinion, Inc., 1-800-  :   **MOTION TO**
Flowers.com, Inc., and Chase Bank USA, N.A.,      :   **ADMIT ROBERT D. WICK**
:   ***PRO HAC VICE***
                Defendants.      :
:   ECF CASE
------------------------------------- x

      ANDREW A. RUFFINO declares as follows pursuant to 28 U.S.C. § 1746:

      1.    I am a partner of the firm of Covington & Burling LLP, counsel for defendant Chase Bank USA, N.A. ("Chase") in the above-captioned matter. I was admitted to practice before the United States District Court for the Eastern District of New York on August 20, 2001 and remain in good standing therein. I submit this declaration in support of Chase's Motion to Admit Robert D. Wick *Pro Hac Vice* in connection with this action, pursuant to Local Civil Rule 1.3(c) of this Court.

      2.    I am familiar with Applicant Robert D. Wick, who is a partner of Covington & Burling LLP and who practices in the firm's Washington, D.C. office. I believe Mr. Wick to be an attorney of good character, competence, and experience.

      3.    With this declaration, I am submitting the Declaration of Robert D. Wick, in which Mr. Wick describes his experience and knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules of the United States District Court for the Southern and Eastern Districts of New York.

- 2 -

      4.      For the foregoing reasons, I respectfully request that the motion be granted.

      5.      For the Court's convenience, a copy of a proposed order granting the Motion to Admit Robert D. Wick *Pro Hac Vice* is annexed hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of February 2011, in New York, New York.

                                                                  Andrew A. Ruffino