UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

David Frank, on behalf of themselves and all others similarly situated,

       Plaintiff,

  - against -

Trilegiant Corporation, Inc., Affinion, Inc., 1-800-Flowers.com, Inc., and Chase Bank USA, N.A.,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

10-cv-05211 (DRH) (ARL)

**DECLARATION OF ROBERT D. WICK IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

ECF CASE

  ROBERT D. WICK declares as follows pursuant to 28 U.S.C. § 1746:

  1. I am a partner of the firm of Covington & Burling LLP in the District of Columbia and am counsel for defendant Chase Bank USA, N.A. ("Chase") in the above-captioned matter.

  2. I submit this Declaration in support of Chase's Motion to Admit Counsel *Pro Hac Vice* in connection with this action pursuant to Local Civil Rule 1.3(c) of this Court.

  3. I have been admitted to practice in the District of Columbia since February 1994, and I am currently a member in good standing of the Bar of the District of Columbia. A certificate of good standing from the District of Columbia Court of Appeals is attached hereto as Exhibit A.

  4. I have read and am familiar with (a) the provisions of the Judicial Code which pertain to the jurisdiction of, and practice in, the United States District Courts; (b) the Federal Rules of Civil Procedure; (c) the Federal Rules of Criminal Procedure; (d) the Federal

- 2 -

Rules of Evidence; and (e) the Local Rules of the United States District Court for the Southern and Eastern Districts of New York.

5. I will faithfully adhere to all rules applicable to my conduct in connection with any activities before this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of February 2011, in Washington, District of Columbia.

_Robert D. Wick_
Robert D. Wick