AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| DAVID FRANK ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:10-CV-05211 |
| TRILEGIANT CORPORATION, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANTS TRILEGIANT CORPORATION and AFFINION, INC.   .

Date:   03/18/2011

/s/ Gregory T. Fouts
*Attorney's signature*

Gregory T. Fouts
*Printed name and bar number*

Morgan, Lewis & Bockius, LLP
77 West Wacker Drive
Chicago, Illinois 60601

*Address*

GFouts@MorganLewis.com
*E-mail address*

(312) 324-1000
*Telephone number*

(312) 324-1001
*FAX number*