UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID FRANK, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>– against –<br><br>TRILEGIANT CORPORATION, INC., AFFINION GROUP, LLC, 1-800-FLOWERS.COM, INC., and CHASE BANK USA, N.A.,<br><br>　　　　　　　　　　　　　Defendants. | 10-CV-5211 (DRH)(ARL) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff David Frank hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants Trilegiant Corporation, Inc., Affinion Group, LLC, and 1-800-Flowers.com, Inc.  Defendants have not served an answer or motion for summary judgment.  This dismissal is without prejudice and without costs or fees to any party.

Dated:  December 23, 2011

　　　　　　　　　　　　　　　　　　　　　　By:  /s/  Jeffrey A. Leon

　　　　　　　　　　　　　　　　　　　　　　Jeffrey A. Leon
　　　　　　　　　　　　　　　　　　　　　　Paul Y. Cho
　　　　　　　　　　　　　　　　　　　　　　FREED & WEISS LLC
　　　　　　　　　　　　　　　　　　　　　　111 West Washington Street
　　　　　　　　　　　　　　　　　　　　　　Suite 1331
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　　　　　　　　　　　(312) 220-0000

D. Brian Hufford
Robert J. Axelrod
Jay Douglas Dean
POMERANTZ HAUDEK BLOCK
  GROSSMAN & GROSS LLP
100 Park Avenue
New York, New York 10017
(212) 661-1100

ANDREW P. BLEIMAN, ESQ.
2 North LaSalle Street, Suite 1200
Chicago, Illinois 60602
(312) 206-5162

James E. Cecchi
CARELLA, BYRNE, CECCHI,
  OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

Christopher A. Seeger
SEEGER WEISS LLP
One William Street
New York, NY 10004
212-584-0700

Justin M. Klein
MARKS & KLEIN, LLP
55 Wall Street
New York, New York 10005
(732) 747-7400

*Counsel for Plaintiff and the Putative Classes*