UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID FRANK, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>TRILEGIANT CORPORATION, AFFINION, INC., 1-800-FLOWERS.COM, and CHASE BANK USA, N.A.,<br><br>　　　　　　　　　　Defendants. | X<br>:<br>:  No. 1:10-CV-05211 (DRH) (ARL)<br>:<br>:  **DECLARATION OF KENNETH M.**<br>:  **KLIEBARD IN SUPPORT OF**<br>:  **DEFENDANT TRILEGIANT**<br>:  **CORPORATION, INC. AND**<br>:  **AFFINION GROUP, LLC'S**<br>:  **OBJECTION TO PLAINTIFF'S**<br>:  **NOTICE OF VOLUNTARY**<br>:  **DISMISSAL**<br>:<br>X |

I, Kenneth M. Kliebard, state that if called as a witness I could competently testify to the following, all of which is within my personal knowledge, information, or belief.

　　　1.　　I am a partner in the law firm of Morgan Lewis & Bockius LLP. I am one of the attorneys representing Defendants Trilegiant Corporation and Affinion Group, LLC (collectively "Trilegiant Defendants") in this lawsuit.

　　　2.　　Attached as Exhibit 1 to my Declaration is a true and correct copy of Plaintiffs' Memorandum of Law in Support of Its Motion for Transfer of Related Actions to the District of Connecticut filed October 6, 2011 in *In re Trilegiant Membership Program Marketing Practices Litigation,* MDL No. 2310.

　　　3.　　Attached as Exhibit 2 to my Declaration is a true and correct copy of Plaintiff's Response Order to Show Cause filed December 21, 2011 in *Restrepo v. Chase Bank USA, N.A.*, No. 11-cv-00423 (D. Ariz.).

　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

Executed on January 4, 2012.

/s/ Kenneth M. Kliebard
Kenneth M. Kliebard

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2012, I electronically transmitted the above and foregoing to the Clerk's Office using the ECF System for filing, which caused a copy to be served via the Court's electronic filing system to all registered parties.

/s/ Kenneth M. Kliebard